MARCH 7, 1977

No. 76–976. ROUNDTREE ET AL. v. BERGER, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. Affirmed on appeal from D. C. E. D. N. Y.

No. 76–699. AMERICAN PARTY OF IDAHO ET AL. v. EVANS, CHAIRMAN, STATE BOARD OF EXAMINERS, ET AL. Appeal from D. C. Idaho dismissed for want of jurisdiction.

No. 76–995. DREWETT ET AL. v. LOUISIANA. Appeal from Sup. Ct. La. dismissed for want of substantial federal question.

No. 76–5820. MAYNARD v. NEW YORK. Appeal from Sup. Ct. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1706. NATIONAL LABOR RELATIONS BOARD v. LOCAL 742, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, ET AL.; and

No. 75–1755. J. L. SIMMONS CO., INC. v. LOCAL 742, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, ET AL. C. A. D. C. Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *NLRB* v. *Pipefitters*, 429 U. S. 507 (1977). Reported below: 174 U. S. App. D. C. 456, 533 F. 2d 683.